**Mary F. Peck et al., trustees of the estate of P. F. W. Peck, appellants, v. Rees Davis Toy Company, appellee. Gen. No. 29,594.**

Suit to recover amount alleged to be due on a written lease. Judgment for defendant. Appeal from the Municipal Court of Chicago;

the Hon. Frank E. Reed, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924. Reversed and judgment here for plaintiff for $575.   Opinion filed March 9, 1925.   Rehearing denied March 23, 1925.

E. E. Melum, for appellants; L. J. Haigler, of counsel.   Clarence T. Morse, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.